# UNITED STATES DISTRICT COURT
## for the
### District of _____
### _____ Division

United States Courts
Southern District of Texas
FILED

OCT 14 2020

David J. Bradley, Clerk of Court

Case No. _____ (to be filled in by the Clerk's Office)

Jeremy James Joseph
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

- Judge Hilary Unger (Harris County Court 248);
- Matt Horak, Esquire, Houston Police Chief Art Acevedo officers A. Cole & Ujumu of Harris County Jail.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jeremy James Joseph
All other names by which you have been known: DOB: 09/29/1982
ID Number: SPN: 03060619 of Harris County / SSN last 4: 1270
Current Institution: Harris County Jail
Address: 1200 Baker Street; cell: 6N2B
Houston, TX 77002
*City* *State* *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Judge Hilary Unger
Job or Title *(if known)*: Judge of Harris County
Shield Number:
Employer: Harris County / The People's Taxes (dollar)
Address: 201 Caroline Street
Houston, TX 77071
*City* *State* *Zip Code*
☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Matt Horak
Job or Title *(if known)*: Esquire
Shield Number:
Employer: Self / "The people", Judge Unger, Texans Tax Dollars
Address:
Woodlands, TX 7
*City* *State* *Zip Code*
☐ Individual capacity   ☒ Official capacity

Defendant No. 3
- Name: Chief Art Acevedo
- Job or Title (if known): Police Chief (HPD)
- Shield Number:
- Employer: Houston Police Department; "The people"
- Address: 201 Caroline St, Suite 420
  Houston, TX 77002
  *City* *State* *Zip Code*

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
- Name: Officers - Ajumu & A. Cole
- Job or Title (if known): Floor Monitors / Low Rank Foot Workers
- Shield Number:
- Employer: Harris County's Sheriff's office, My Tax Dollars
- Address: 701 N San Jacinto St, 6th Floor
  Houston, TX 77002
  *City* *State* *Zip Code*

☐ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

EQUAL PROTECTION CLAUSE, CIVIL RIGHTS ACT
- Discrimination against low-income / no asset defendants (largely Latinos / Blacks / low income whites)
- Illegal detainment, negligence & incompetence of duties funded by Tax dollars, and discrimination against indigent defendants/inmates

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Also discriminate against those who are alone without family & friends to help, bail or comfort them. Inmates can't self-bail (even though theoretically possible)

Civil Rights Act Equal Protection clause — As I am indigent in Jail, and my counsel is unethical, my tax dollars are funding this violation. Also, if cases with similar circumstances have been thrown out I am being discriminated against.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Judge Unger — Acting Judge for Harris County Judge 248
Matt Horak — Esquire for indigent inmates (incompetent)
Chief Art Acevedo — Houston Police Department — Houston Police Chief
Officers A. Code and Ujumu — floor workers for Harris County Jail

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

[X] Pretrial detainee
[ ] Civilly committed detainee
[ ] Immigration detainee
[ ] Convicted and sentenced state prisoner
[ ] Convicted and sentenced federal prisoner
[X] Other (explain) Disabled (Physical & Mental) plus battling a chronic infection. Requested for a safe tank LGBTQ (tank)

Additionally: I can't access my money in Jail and I'm alone without friends & family which discriminates against individuals w/o spouses, kids, brothers & sisters, etc — which many LGBTQ people have as an issue.

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

(1) Judge Hilary Unger — I've flagged I need pretrial release and unable to due to being alone. Also she is potentially guilty of assigning cases due to pay to play. Judges receive election donations from lawyers and then assign

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

2x cases to them. Collussion + lawyers bill courts for incompetent work. Reference Georgetown Law's pay to play analysis of Harris County Jail & Court System for indigent defendants

(2) Matt Horak a lawyer for plaintiff (who is trying to fire him from case)

(2) *Matt Horak cont'd:- but Matt Horak likely isn't getting enough revenue from paying clients he must take court-appointed cases then refuse to do the work. He does this by not doing work, telling defendant he isn't "there to help client bail out, I'm not paid to help with that." Then when I, plaintiff did that, trying to seek relief by filing motions for release due to his mother being diagnosed with cancer, the deadly conditions of the Jail (He submitted grievances), and defendants own debilitating & chronic disease issues, Matt Horak told him to stop filing motions. Also reset court dates incentivizes lawyer as they bill for those. Matt Horak also broke attorney-client privilege. Reference all phone calls under Jeremy James Joseph, SPN: 03060619 at Harris County Jail.

(3) *Chief Art Acevedo - HPD officer under the chief, incompetently unable to pull up ~~defendants~~ JJJ Jeremy James Joseph's Rice University alumni status cascading the series of horrible events by filing a charge for trespassing. Plaintiff also was in process of seeking relief from Rice for both self & mothers cancer care. He was 0 feets away from public sidewalk.

(4) Harris County Jail officers A. Cole and Ujuma - Reference Harris County Jail videos. Both put plaintiffs ~~life~~ JJJ life in Jeopardy with lies about plaintiff, and cleaning procedures (incorrect, unsafe) Lied on write-up of inmate (lost good time credit, housing, stability)

C. What date and approximate time did the events giving rise to your claim(s) occur?

July 13, 2020 / August 31, 2020 / July 14, 2020
September 1, 2020 / Sept 18, 29, 2020   9/24/2020 A. Cole rujumu false report.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

9/24/2020 — officers A. Cole and rujumu filed a false JJJ potile statement that caused me to stop working, lose my housing, my "trustee" status, and good time credit. I flagged concerns to inmates Brian Hatten, Cyril rivers and officers Mitchell, Jenkins (6th floor), my tank officers (shepherd, Simmons) and a woman (6th flr) unnamed with stars on elbows (tattoos). I was then placed in another housing unit with less privileges (cleaning supplies, food, outside access, more searches & thefts).

7/13/20 — Arrest by Rice PD who possibly charged me for trespassing because I was African-American. Turn over.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I've fallen twice from slippery floors, my chronic GI infection doesn't abate and as a worker services to medical clinic was refused (reference inmate write-up card). Mental anguish, depression, suicidal thoughts but fear of retribution/retaliation by moving to suicidal tank. Unable to communicate with my mother as a caregiver and secure my release. unsure if any mail even reaches its appropriate designation. Risk of COVID-19 infection and threats of assault, rape and theft. Also my mother has been in & out of hospital. I'm my mother's only care.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want compensation for pain & suffering, I want to get compassionate release and I want the full power of law to investigate all involved for violation of human rights and other criminal activity. From this blatant JJJ blatant display of violations, I suspect there is more criminal activity here. Indictments need to be issued if so and their names and Johns taken to prevent any further abuses.

Page 5 of 11

Additional claims

Officers Ujamu and A. Cole – I told them they were lying, and A. Cole refused to hear my side. Video will also show that I never stopped working, which I request pulled and reviewed to confirm. I worked consistently three days from beginning to end, sometimes with no meal break. Ujamu actually stopped me twice from work. He never shared what I did was incorrect, and additionally never provided onboarding or guidance on cleaning procedures. As I have chronic GI infections, I'm prone to COVID-19 and other infections and I told him I had fears of cleaning feces (in water or solids). Given Lake Jackson incident where chlorine levels were low and local infection occurred from amoeba aeg[ill] Naegleria fowleri and killed an infant. If chlorine levels are too high then not drinkable water. Please all submitted Rosa requests/grievances/responses for additional details.

Matt Horak, esquire, also refuses to act as Defendant's Counsel in an ethical, responsible and effective way. Resetting court dates without notice. Breaking attorney-client privilege. Refusing to submit appropriate motions, and when plaintiff submitted his own – he wrote and told him over phone to stop filing motions without any rationale, and refused to contact an additional person who could help. Reference all written letters to and from Matt Horak including inmate recorded calls. Given multiple letters sent to Horak never were read or responded to – reference call when Horak has no knowledge of letters. Horak likely has done this to others. I have tried to fire Horak and substitute him. I PRAY HE QUITS! Incompetence and cruelty ARE NOT NEEDED. Judge Hanen appointed him, and if he has made a donation then she is complicit – especially if she refused to allow my submissions. To avoid conflict, I requested Aguilar(228)'s court.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Harris County Jail / Harris County Sheriffs office

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)? Reference all grievances from Harris County Jail.

Additional Evidence:

- Medical treatments are inferior and lack cancer screening. Given medical delayed delivery of lifesaving medication by weeks potentially decreasing patients life expectancy.
- Clinical diet did not occur until weeks after intake. Defendant requested diet immediately and processing for diet like celiac disease delayed.
- Mental Health Triage was substandard and did not provide prescribed medications defendant historically took outside jail.

- Defendant charged with possession of controlled substance but only after 3rd body search was found. First two searched by Rice PD/HPD went with nothing found and only at 3rd location within Sheriff's office Jail.
- Defendant never received records or confirmation of delivery of motions, etc to aid defendant to understand charges/evidence and pursuits.
- Matt Horak constantly broke client-attorney privilege by revealing case/defendant details outside attorney-client relationship.
- Defendant is a layman of the law.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes     Not Applicable
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Harris County Jail Kiosk System. I confided in officers

2. What did you claim in your grievance?

Multiple grievances have been filed regarding abuses from Matt Hwahn, officers and Housing, Medical services and other items.

3. What was the result, if any?

None. Officers and others always said unfounded but never helped. I never got a response from Judge Jger but all filed with Marilyn Burgess District Clerk.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I wrote State Bar, State Commissioners Jail, I wrote to appeal and get a review but damages already done and punishment delivered w/o much consideration. For Court, Jger never responded to letter. No response. For HPD, I lost confidence in them after I was assaulted outside a gay establishment and HPD abused me in process. TURN PAGE

Appealing decisions is difficult. Inmate handbook provides some guidance on it, but is largely dysfunctional, not objective and is held by the jail which as an ~~HPD~~ JJJ inmate. I filed a grievance regarding officers Montano and Santee and gross abuse power that abused inmates' civil rights — but other than an interview by one officer — I saw no additional training, follow-up, reprimanding or changes in their behavior to suggest they had changed for the better.

I also submitted paper grievances, but saw no pick them up. As a floor matter, I saw multiple boxes stuffed with medical and general grievances or requests. I flagged to a triage nurse, and even weeks later boxes were still stuffed. I submitted a paper request for infirmary, but never got a followup as I needed a ut specialist

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

I filed grievances. Please reference letters and Kiosk requests for Plaintiff. Grievances @ Harris County Jail Submitted. Letters to Marilyn Burgess, Matt Horak, Hilary Unger, State Bar of Texas. Please review Matt Horak donations/taxes. State Commission on Judicial Conduct. State commission on Jail Standards.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

* Ms Mitchell / Ms Johnson / Mr. Byrd (Floor 6 Rover/officer)
* Ms Simmons / Mr. Shepherd — Floor 3 Tank officers

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

— videos, Kiosk requests, letters and phone calls are additional evidence. / Reference Matt Horak's Record of trial.
— I never received a copy of the disciplinary statement.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

Also my cousin Julian Joseph was on floor 6 — and moved so I was unable to get another relief.

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

WITNESSES: COURT REPORTER, RICE UNIVERSITY POLICE Department, INMATES Russell Cormier, Thomas Reynolds (6N2B) (3rd 3E2 / 6N2B) BRIAN HATTEN, Raul Orozco, Cyril Rivers, Lee Bennett, MIMEH, SANCHO, SANCHEZ, Kendrian Jefferson

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Not Applicable

# Additional Arguments

Multiple letters and requests to the court went unanswered, and I never knew if my trial was scheduled for pre-hearing (motions, probable cause, examining/evidentiary trial). Matt Horak would never visit or do zoom calls like other attorneys would prior to trial. In fact, I had concerns and still do on the grand jury's composition and the Judge as my motion to reduce bail lowered the bail bond — but did not help. Bail should not be used as an oppressive tool. Bail Reform Act (1984). Additionally, I should be released prior to my trial. This is cruel & unusual punishment.

Even documents like the arrest warrant would be helpful as I had reached out to HPD on W. Bellfort to address outstanding issues. Reform and punishment is necessary.

Refs 4th Amendment for unreasonable & seizure by HPD. Had he allowed me to just schedule a court date given COVID-19 concerns and my need to address my medical and my mothers — much conflict could have been avoided.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes  unsure / Mail has no confirmation her,
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ~~Sheriff~~ JJJ Jeremy James Joseph
   Defendant(s) Sheriff Ed Gonzalez

2. Court *(if federal court, name the district; if state court, name the county and State)*
   unsure

3. Docket or index number
   unsure

4. Name of Judge assigned to your case
   unsure

5. Approximate date of filing lawsuit
   unsure

6. Is the case still pending?
   ☐ Yes   unsure
   ☐ No

   If no, give the approximate date of disposition.   unsure

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Not heard anything.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   not applicable / No.

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   N/A
   Defendant(s)  N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes       N/A
   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

"*not guilty prior to trial*"

## IX. Certification and Closing

"Innocent until proven guilty"
- "bail shall not be used as an oppressive tool"

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

U.S. Constitution, Equal protection clause and Civil Rights Act.

### A. For Parties Without an Attorney

My court-appointed attorney is not my first choice and is likely NOT in the top decile of practicing lawyers

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 10, 2020

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Jeremy James Joseph
Prison Identification #: 03060619
Prison Address: 1200 Baker Street, 6N2B
Houston    TX    77002
City        State    Zip Code

### B. For Attorneys

Date of signing: N/A          Not applicable

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
           City    State    Zip Code
Telephone Number: N/A
E-mail Address: N/A

TO: David J Bradley
Clerk of Court
PO Box 61010
Houston, TX 77208

Oct. 10/2020

From: Jeremy James Joseph
SPN: 03060619
Harris County Jail

Please file my complaint for violation of civil rights (Prisoner) submission.

I am also indigent and unable to pay for legal and/or filing fees.

As a possible favor, if you could ensure that my filings for Habeas Corpus, motions, etc have been filed w/ Marilyn Burgess, clerk for Harris County, and they are on docket to be heard that would be helpful.

Another item of support is that I'm unsure if my court appointed attorney Matt Horak is trying to block my filings and if he is colluding with Judge to not them be on docket. Please help me w/ this. This can be used as evidence also.

God Bless,
Jeremy Joseph

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Jeremy Joseph
SPN: 03060119     CNZB
Street: 1200 Baker Street
HOUSTON, TEXAS 77002

aramark

DAVID J BRADLEY
CLERK of COURT
P.O. BOX 61010
HOUSTON, TX 77208


