United States Courts
Southern District of Texas
FILED

OCT 28 2020

David J. Bradley, Clerk of Court

CIVIL
ACTION
4:20 -cv - 03545

### Affidavit of Abstentia

Mailing Address
Jeremy James Joseph

1200 BAKER STREET
6 N1A,  SPN: 03060619
Houston, TX 77071

Please send consent forms. And
also any helpful mailing lists with
addresses information  and filing forms.

What other services do you offer?
I am indigent and in Jail.
Very Truly,
Jeremy Joseph

PS. I am trying to fire my court appointed
attorney. How do I? - Matt Hardin
is his NAME. He may be blocking
my Motions filings and hearing filing

**aramark**

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Jeremy Strepla
SPN: 03010610   Cell: 6N/A
Street 1200 BAKER STREET
HOUSTON, TEXAS 77002

CASE No. 4:20-CV-03545

NORTH HOUSTON TX 773

26 OCT 2020 PM 2 L

David J. Bradley, Clerk of Court

United States Courts
Southern District of Texas
FILED

OCT 28 2020

UNITED STATES DISTRICT CLERKS OFFICE
PO BOX 61010
HOUSTON TEXAS 77208-1010